**'08 CIV 3882**

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
CMC EUROPE AG
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMC EUROPE AG,

          Plaintiff,

     -against-

HAWKNET LTD.,

          Defendant.
------------------------------------------------------------X

08 Civ.

**FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the corporate parent of CMC Europe AG is Commercial Metals Company.

Dated: New York, New York
       April 24, 2008

                                         NOURSE & BOWLES, LLP
                                         Attorneys for Plaintiff
                                         CMC EUROPE AG

                                         By: _____
                                            Armand M. Paré, Jr. (AP-8575)
                                           One Exchange Plaza
                                           At 55 Broadway
                                           New York, New York 10006
                                           (212) 952-6200